IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARSHALL SPIEGEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 10-cv-0014 |
| | ) | |
| IAN BRENSON and LEO FOX, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

NOTICE:  Geoff Belzer
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street - Suite 3800
Chicago, IL 60603-5001

I, Mark Lavery, counsel for Plaintiff Spiegel, will present Motion for Extension on 12/2/2010 at 11:00 a.m. before Judge Hart in Room 2246 at 219 S. Dearborn, Chicago, IL.


__/s/_Mark_Lavery_____
Mark Lavery

CERTIFICATE OF SERVICE

I, Mark T. Lavery, attorney, under penalties of perjury, certify that I caused this motion to be served electronically on November 19, 2010.

Respectfully Submitted,
Plaintiff Spiegel


___/s/ Mark T. Lavery

Mark T. Lavery
733 Lee, Suite 150
Des Plaines, IL 60016
847-813-7771